IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 5:16-2815 WJ

KYLA LASHAWN NORBY,

Defendant.

and,

THE ESTATE OF ROGER DALE ALLEN, DECEASED,
c/o MELISA A. FREDRICK, EXECUTRIX,
AND ITS SUCCESSORS OR ASSIGNS,

Garnishee.

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court in the District of New Mexico to issue a Writ of Continuing Garnishment upon the judgment entered against Defendant, Kyla Lashawn Norby, Social Security Number xxx-xx-2294, whose last known address is: FMC Carswell, Federal Medical Center, P.O. Box 27137, Fort Worth, TX 76127, in the above cited action for a special assessment in the amount of $100.00, and restitution in the amount of $210,012.00. Since the entry of judgment, payments totaling $27,084.42 have been applied toward this debt, and a balance of $183,027.58 remains outstanding. Demand for payment of the above-stated debt was made upon Defendant not less than thirty (30) days from the date of this application, and Defendant has not satisfied the debt.

The Garnishee, The Estate of Roger Dale Allen, Deceased, c/o Melisa A. Fredrick, Executrix, AND ITS SUCCESSORS OR ASSIGNS, is believed to owe or will owe money or property to Defendant, Kyla Lashawn Norby, or is in possession of property of Defendant, Kyla Lashawn Norby, and said property is a non-exempt interest of Defendant, *specifically, but not limited to*: Any and all estate assets bequeathed to Defendant, Kyla Lashawn Norby from The Estate of Roger Dale Allen, Deceased.

The name and address of the Garnishee or Garnishee's authorized agent is:

The Estate of Roger Dale Allen, Deceased
c/o Melisa A. Fredrick
3525 County Rd. 181
Blackwell, TX 79506

Respectfully submitted:

JOHN C. ANDERSON
United States Attorney

***Electronically filed March 9, 2020***
STEPHEN R. KOTZ
Assistant United States Attorney
P. O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 224-1461 (505)346-6884 (*fax*)