IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 5:16-2815 WJ

KYLA LASHAWN NORBY,

Defendant.

and,

THE ESTATE OF ROGER DALE ALLEN, DECEASED,
c/o MELISA A. FREDRICK, EXECUTRIX,
AND ITS SUCCESSORS OR ASSIGNS,

Garnishee.

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO: THE ESTATE OF ROGER DALE ALLEN, DECEASED
C/O MELISA A. FREDRICK, EXECUTRIX,
AND ITS SUCCESSORS OR ASSIGNS
3525 County Rd. 181
Blackwell, TX 79506

An Application for Writ of Continuing Garnishment against the property of Defendant, Kyla Lashawn Norby, Social Security Number xxx-xx-2294, has been filed with this Court. A judgment was entered against the above-named Defendant in the above cited action for a special assessment in the amount of $100.00, and restitution in the amount of $210,012.00. Since the entry of judgment, payments totaling $27,084.42 have been applied toward this debt, and a balance of $183,027.58 remains outstanding.

**You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by Defendant, including non-exempt, disposable earnings, *specifically, but not limited to:* Any and all estate assets bequeathed to Defendant, Kyla Lashawn Norby from the Estate of Roger Dale Allen, Deceased.**

Please state whether or not you anticipate paying Defendant any future payments and whether such payments will be weekly, bi-weekly, monthly, or in one lump sum.

**You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the Clerk, United States District Court in the District of New Mexico at 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102-2272. Additionally, you are required by law to serve a copy of this written answer (Answer of Garnishee) upon Kyla Lashawn Norby #65319-380, FMC Carswell, Federal Medical Center, P.O. Box 27137, Fort Worth, TX 76127 and upon the United States Attorney's Office, District of New Mexico, Attn: Financial Litigation Unit, P.O. Box 607, Albuquerque, New Mexico 87103-0607.**

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this order is listed on the Claim for Exemption form which is attached.

**If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of Defendant's non-exempt property.**

**It is unlawful to pay, disburse, or deliver to Defendant any item attached by this Writ until further order of this Court.**

DATED: 3/10/2020.

MITCHELL R. ELFERS
Clerk, United States District Court

By: [signature]
Deputy Clerk